**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2216

JUNE BRYANT-BUNCH,

Plaintiff - Appellant,

versus

THEODIS BECK, Secretary of Prison; J. BOYD
BENNETT, Director of Prison; ROBERT SMITH,
Superintendent of Eastern Correctional
Institution; LARRY DIAL, Assistant
Superintendent of Eastern Correction
Institution; MICHAEL F. EASLEY, Governor and
former Attorney General; ROY COOPER, Attorney
General of North Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Terrence W. Boyle,
District Judge. (2:02-cv-00034)

Submitted: June 15, 2007                    Decided: June 19, 2007

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

June Bryant-Bunch, Appellant Pro Se.   Buren Riley Shields, III,
Joseph Finarelli, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

June Bryant-Bunch seeks to appeal the district court's order vacating its previous order directing an inquiry into the "willingness of qualified counsel" to represent Bryant-Bunch in her civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Bryant-Bunch seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED